## United States District Court
### Violation Notice

CVB Location Code: **MN8**

| Field | Value |
|---|---|
| Violation Number | 3220138 |
| Officer Name (Print) | Hermanson |
| Officer No. | 4254 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged (X CFR / USC / State Code) |
|---|---|
| 09/05/2013 0930 | 38 CFR 1.218(b)(26) |

Place of Offense: Mpls VAMC Parking Lot 6G

Offense Description: Factual Basis for Charge — HAZMAT ☐

Parked in no parking area as marked by yellow stripes

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Johnson | Nathan | R |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 753 AXP | MN | 02 | Chevy Silverado | | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 25 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 50 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Not Available To Sign*

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____ 20__ while exercising my duties as a

I Christian Hermanson state that on 5 Sept 2013 while exercising my duties as a law enforcement officer in the 8th District of MN I observed a Chevy Silverado with MN license plate 753AXP (registered to Nathan Johnson) diagonally parked in a handicap space crossing over the adjacent yellow stripes. The vehicle was displaying registration tabs that expired Apr 2013. I checked state records and found that the plates where indeed expired. I issued USDCVN 3220138 for Title 38 1.218(b)(26) "Parking in no-parking area marked by yellow stripes" and USDCVN 3220140 for MN statute 169.79 via 18 U.S.C. § 13; The Assimilative Crimes Act for "Expired Registration". I left the area to retrieve my cite book and by the time I returned the vehicle had departed. I issued the USDCVN's by certified mail (70082810000089071339).

The foregoing is based upon my personal observation and investigation.

Executed on: 09/05/2013  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident